**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

APR 07 2021

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **BY** |
| | § | **DEPUTY**_____ |
| v. | § | NO. 1:21CR 38 |
| | § | Judge: Crone-Giblin |
| STEPHEN JOHN PIEPER | § | |

## **INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### **Count One**

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children a/k/a
Production of Child Pornography;
Attempt)

On or about November 1, 2016, in the Eastern District of Texas, **Stephen Pieper**,

defendant, did employ, use, persuade, induce, entice, and coerce, and did attempt to

employ, use, persuade, induce, entice, and coerce, any minor to engage in any sexually

explicit conduct for the purpose of producing any visual depiction of such conduct,

knowing or having reason to know that such visual depiction would be transported and

transmitted using any means and facility of interstate and foreign commerce and in and

affecting interstate and foreign commerce, and was produced using materials that had

been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, including by computer, and was actually transported and transmitted using

any means and facility of interstate and foreign commerce and in and affecting interstate

and foreign commerce. Specifically, the defendant, **Stephen Pieper**, did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce Victim 1, a minor known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, using digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

### Count Two

Violation: 18 U.S.C. §§ 2251(a) and (e)
(Sexual Exploitation of Children a/k/a
Production of Child Pornography;
Attempt)

On or about July 15, 2018, in the Eastern District of Texas, **Stephen Pieper**, defendant, did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce, entice, and coerce, any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct and, knowing or having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce. Specifically, the defendant, **Stephen Pieper**, did employ, use, persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce,

entice, and coerce Victim 2, a minor known to the Grand Jury, to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, using

digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## Count Three

> Violation: 18 U.S.C. §§ 2251(a) and (e)
> (Sexual Exploitation of Children a/k/a
> Production of Child Pornography;
> Attempt)

On or about July 30, 2017, in the Eastern District of Texas, **Stephen Pieper,**

defendant, did employ, use, persuade, induce, entice, and coerce, and did attempt to

employ, use, persuade, induce, entice, and coerce, any minor to engage in any sexually

explicit conduct for the purpose of producing any visual depiction of such conduct and,

knowing or having reason to know that such visual depiction would be transported and

transmitted using any means and facility of interstate and foreign commerce and in and

affecting interstate and foreign commerce, and was produced using materials that had

been mailed, shipped, and transported in and affecting interstate and foreign commerce

by any means, including by computer, and was actually transported and transmitted using

any means and facility of interstate and foreign commerce and in and affecting interstate

and foreign commerce. Specifically, the defendant, **Stephen Pieper**, did employ, use,

persuade, induce, entice, and coerce, and did attempt to employ, use, persuade, induce,

entice, and coerce Victim 3, a minor known to the Grand Jury, to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct, using

digital devices he owned and possessed.

In violation of 18 U.S.C. §§ 2251(a) and (e).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Upon conviction of the offense(s) alleged in this Indictment, the defendant,

**Stephen Pieper**, shall forfeit to the United States his interest in the following property,

including, but not limited to:

1.  Apple iPhone 6s cellular phone, model N71AP and bearing IMEI

    353227104152659 and serial number FFMZT5POHFLR

This property is forfeitable pursuant to 18 U.S.C. § 2253(a) based upon the

property being:

(1) any visual depiction described in section . . . 2252 of this chapter, or any

book, magazine, periodical, film, videotape, or other matter which contains

any such visual depiction, which was produced, transported, mailed,

shipped or received in violation of this chapter;

(2) any property, real or personal, constituting or traceable to gross profits or

other proceeds obtained from such offense; or

(3) any property, real or personal, used or intended to be used to commit or to

promote the commission of such offense.

By virtue of the commission of the offense alleged in this Indictment, any and all

interest the defendant has in this property is vested in and forfeited to the United States

pursuant to 18 U.S.C. §§ 2253(a)(1) and (a)(3).

A TRUE BILL

_____

GRAND JURY FOREPERSON


NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____        _____

RACHEL GROVE                                          Date    4/7/2021
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

UNITED STATES OF AMERICA     §
                         §
v.                                   §    NO. 1:21CR 38
                         §    Judge:
STEPHEN JOHN PIEPER     §

## NOTICE OF PENALTY

### Counts One, Two, and Three

Violation:           18U.S.C. §§ 2251(a) and(e)

Penalty:           Imprisonment for not less than 15 years and not more than 30 years; if the defendant has a prior conviction under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or sex trafficking of children, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography or sex trafficking of children, such person shall be imprisoned for not less than 25 years and not more than 50 years; if the defendant has two or more convictions under this chapter, section 1591, chapter 71, chapter 109A, chapter 117, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to the sexual exploitation of children, such person shall be imprisoned for not less than 35 years and not more than life; a fine of not more than $250,000; and a term of supervised release of not less than five years to life.

Special Assessment: $ 100.00

JVTA Assessment:   $ 5,000.00